PROB 12C
(7/93)

Report Date: September 25, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 29 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kathleen Guay Preston         Case Number: 0980 2:15CR00054-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, District of Montana
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 2, 2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 51 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: February 6, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 5, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1         **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Kathleen Preston has been charged in Spokane County Superior Court with two counts of first degree trafficking in stolen property and second degree theft other than a firearm or a motor vehicle, to-wit: a gold necklace, a gold ring, and a pin, in violation of mandatory condition number 2 of her supervised release.

According to the information filed in Spokane County Superior Court under case number 15-103627-1, the defendant, Kathleen Lorraine Preston, on or about July 12 and 24, 2015, did knowingly traffic in stolen property. Ms. Preston also wrongfully obtained and exerted unauthorized control over property and services, other than a firearm, as defined in RCW 9.41.010, or a motor vehicle, to-wit: jewelry, coins, and tools of a value exceeding $750, belonging to the victim, with intent to deprive the victim of such property and services.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Preston, Kathleen Guay
September 25, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/25/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/29/15

Date