PROB 12C
(7/93)

Report Date:  December 28, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## DEC 3 0 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kathleen Lorraine Preston          Case Number: 0980 2:15CR00054-WFN-1

Address of Offender: ████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, District of Montana
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2, 2009

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 51 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: | February, 6, 2013 |
| Defense Attorney: | Robert Cossey | Date Supervision Expires: | February, 5, 2018 |

---

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/25/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**:  Kathleen Preston has been charged in the First Judicial District of the State of Idaho with Theft by Possession of Stolen Property, Idaho Code § 18-2403(4).

According to the information filed on December 1, 2015, in case 15C27747, Ms. Preston is accused of knowingly possessing or disposing of property, to wit, a gold coin, that she knew was stolen and intended to deprive the owner permanently of the use or benefit of the gold coin.

Ms. Preston is accused of knowingly attempting to pawn a stolen gold coin in Coeur d'Alene, Idaho, on July 16, 2015.

| | |
|---|---|
| 3 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

**Prob12C**
**Re: Preston, Kathleen Lorraine**
**December 28, 2015**
**Page 2**

**Supporting Evidence**:  Kathleen Preston violated conditions of her supervised release by consuming morphine on or about November 19, 2015.

On November 19, 2015, Ms. Preston reported to the U.S. Probation Office as directed to provide a urine sample.  The sample was sent to Alere Toxicology for testing.  The sample was returned on November 23, 2015, as positive for hydrocodone and morphine.  The positive test for hydrocodone was consistent with Ms. Preston's medications; however, the defendant could not provide any prescription for morphine. Ms. Preston also denied consuming poppy seeds or taking any over the counter medications.

**Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Kathleen Preston violated standard condition number 9 by having contact with a person convicted of a felony without prior approval from her U.S. probation officer on November 10, 2015.

Ms. Preston was told not to have contact with Kevin Johnson, as he is a convicted felon and also on supervised release with the District of Montana.  On November 11, 2015, a U.S. probation officer with the District of Montana made contact with Mr. Johnson at his listed residence.  During the home visit, Ms. Preston called Mr. Johnson.  Mr. Johnson told her that his U.S. probation officer was at the residence and that he could not speak with her.

On November 11, 2015, the U.S. probation officer with the District of Montana confronted Ms. Preston regarding the unauthorized contact.  At that time, Ms. Preston admitted that she had contacted Mr. Johnson approximately 12 times.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/28/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Preston, Kathleen Lorraine**
**December 28, 2015**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

                                         Signature of Judicial Officer

                                         12/29/15

                                         Date